**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

INTELLECTUAL SCIENCE AND
TECHNOLOGY,

      Plaintiff,

vs.

TDK ELECTRONICS CORPORATION,

      Defendant.

Case No. 06-10411

Honorable Avern Cohn

---

Joseph C. Basta (P24645)
Thomas M. Schehr (P54391)
Lisa A. Brown (P67208)
Dykema Gossett PLLC
Attorneys for Plaintiff
400 Renaissance Center
Detroit, MI 48243
(313) 568-6800

---

**NOTICE OF VOLUNTARY DISMISSAL**

TO:    Clerk of the Court

         TDK Electronics Corporation

      PLEASE TAKE NOTICE that Intellectual Science and Technology, Inc., by its attorneys, Dykema Gossett PLLC, pursuant to Fed. R. Civ. P. 41(a)(1), hereby voluntarily dismisses its Complaint for Patent Infringement and Jury Demand against Defendant TDK Electronics Corporation with prejudice. Defendant TDK Electronics Corporation has not filed an answer or a motion for summary judgment.

DYKEMA GOSSETT PLLC


By: s/Lisa A. Brown
    Lisa A. Brown
    Attorneys for Plaintiff
    400 Renaissance Center
    Detroit, MI  48243
    (313) 568-6793
    lbrown@dykema.com
    P67208

Dated:  August 24, 2006

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2006 I served, <u>via 1st class mail</u>, copies of **Notice of Voluntary Dismissal and this Certificate of Service** upon Mr. Toki Yoshioka, who has agreed to accept service of the Notice of Voluntary Dismissal on behalf of TDK Electronics Corporation, at TDK Electronics Corporation, 901 Franklin Avenue, P.O. Box 9302, Garden City, NY  11530-9302.

DYKEMA GOSSETT PLLC


By: <u>s/Lisa A. Brown</u>  _____
    Lisa A. Brown
    Attorneys for Plaintiff
    400 Renaissance Center
    Detroit, MI  48243
    (313) 568-6793
    lbrown@dykema.com
    P67208

DET01\523842.1
ID\LAK